Donald STEPHAN, Petitioner,

v.

STATE of Alaska, Respondent.

Malcolm Scott HARRIS, Petitioner and
Cross-Respondent,

v.

STATE of Alaska, Respondent and
Cross-Petitioner.

Nos. S–387, S–406.

Supreme Court of Alaska.

Feb. 4, 1985.

Before RABINOWITZ, C.J., and
BURKE, MATTHEWS and MOORE, JJ.

### ORDER

The Court of Appeals' decisions in *Harris*, 678 P.2d 397 (1984), and *Stephan* are REVERSED. The cases are REMANDED for further proceedings, with orders that Harris' and Stephan's statements made during their interrogations be suppressed.

An opinion will follow.

IT IS SO ORDERED.

COMPTON, J., not participating.